**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY CURD,<br><br>    Plaintiff,<br><br>  v.<br><br>TAQUERIA LA IGUANA AZUL,<br><br>    Defendant.<br>_____ / | No. C 05-05344 WHA<br><br>***SUA SPONTE* ORDER OF REFERRAL** |
| JEREMY CURD,<br><br>    Plaintiff,<br><br>  v.<br><br>MENZIES/OGDEN AVIATION,<br><br>    Defendant.<br>_____ / | No. C 03-3904 CW |

The undersigned believes that the above-captioned case may be related to *Curd v. Menzies/Ogden Aviation*, C 03-3904 CW. *Curd v. Taqueria La Iguana Azul* therefore is referred to Judge Claudia Wilken with a request that she consider whether the cases are related.

**IT IS SO ORDERED.**

Dated: February 28, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE